UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JOHN MICHAEL KEHOE,        Plaintiff,

v.        Civil Action No. 4:24-cv-18-DJH-HBB

KENTUCKY COMMUNITY AND
TECHNICAL COLLEGE SYSTEM et al.,        Defendants.

\* \* \* \* \*

### ORDER

Plaintiff John Michael Kehoe filed a notice of voluntary dismissal without prejudice as to his claims against Defendants Kentucky Community and Technical College System, Ray Gillaspie, and Todd Smith (Docket No. 12); a joint stipulation of dismissal without prejudice as to his claims against Defendant Ryan Hobby (D.N. 13); and a notice of voluntary dismissal without prejudice as to his claims against Defendant Madisonville Community and Technical College. (D.N. 15) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)      Kehoe's claims against the defendants are **DISMISSED** without prejudice.

(2)      The Clerk of Court is **DIRECTED** to terminate Kentucky Community and Technical College System, Ray Gillaspie, Todd Smith, Madisonville Community and Technical College, and Ryan Hobby as defendants in the record of this matter.

(3)      All pending motions (D.N. 9; D.N. 11) are **DENIED** as moot.

(4)      All claims having been resolved, this matter is **DISMISSED** without prejudice, **CLOSED** and **STRICKEN** from the Court's active docket.

May 7, 2024

David J. Hale, Judge
United States District Court